JUDGMENT
========================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 03-10290
CT/AG#: CR-00-00484-DAE

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TOLUA SULU UMALEAVA

    Defendant - Appellant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2004

at ___ o'clock and 10 min. ___ M.
WALTER A.Y.H. CHINN, CLERK

----------------------

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered   May 18, 2004



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 9 - 2004

by: _____
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAY 18 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. TOLUA SULU UMALEAVA, Defendant - Appellant. | No. 03-10290 D.C. No. CR-00-00484-DAE MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted May 10, 2004**

Before:   CANBY, KOZINSKI and PAEZ, Circuit Judges.

Tolua Sulu Umaleava appeals his guilty-plea conviction and 132-month sentence for conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1); 846.

---

   *   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Umaleava has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No supplemental pro se brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

2



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 9 - 2004

by: /s/
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
03-10290 USA v. Umaleava

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas J. Brady, AUSA<br>808/541-2850<br>Rm. 6-100<br>[COR LD NTC aus]<br>U.S. ATTORNEY'S OFFICE<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |
| v. | |
| TOLUA SULU UMALEAVA<br>    Defendant - Appellant | Deanna Dotson, Esq.<br>808/391-7308<br>[COR LD NTC cja]<br>P.O. Box 700953<br>Kapolei, HI 96709-0953 |